

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Reynaldo Morales v. Travelers Indemnity Co. of Connecticut

Appellate case number:   01-21-00549-CV

Trial court case number: 2013-54065

Trial court:             165th District Court of Harris County

Proceeding pro se, appellant, Reynaldo Morales, filed a notice of appeal on October 4, 2021 that lists no final, appealable judgment, but states "Due to lack of jurisdiction on September 27, 2021, I will appeal the Case No. DC-2013-54065."

According to the record, there is no appealable order or judgment signed on September 27, 2021. In fact, the final judgment in this trial court cause was signed on March 20, 2014, which Morales appealed to this Court in appellate cause number 01-14-00429-CV. The trial court's judgment was affirmed. *See Morales v. Travelers Indem. Co. of Conn.*, No. 01-14-00429-CV, 2014 WL 7340374, at *1 (Tex. App.—Houston [1st Dist.] Dec. 18, 2014, pet. denied). The record does not appear to contain any further appealable orders. The record contains an order signed August 20, 2018, denying entry of temporary orders, but this does not appeal to be an appealable order, and even if it were appealable, a notice of appeal filed on October 4, 2021 is untimely filed. Absent a final, appealable judgment, or an interlocutory order made appealable by statute, this Court lacks jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 & n.12 (Tex. 2001).

Accordingly, the Court may dismiss this appeal for lack of jurisdiction unless Morales files a response **by December 27, 2021** establishing by citation to the record and to authority that this Court has jurisdiction.

It is so ORDERED.


Judge's signature: ____/s/ Richard Hightower_____
                   ☑ Acting individually     ☐ Acting for the Court


Date: ___December 14, 2021_____